

## NUMBER 13-16-00489-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE SERAFIN GARCIA, INDIVIDUALLY AND D/B/A CHAPO'S AUTO SALES

On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Per Curiam Order**

Relator, Serafin Garcia, individually and d/b/a Chapo's Auto Sales, filed a petition for writ of mandamus in the above cause on September 13, 2016. Through this original proceeding, relator seeks to compel the trial court to (1) vacate its order denying relator's motion to dismiss and plea to the jurisdiction, and (2) grant relator's plea to the jurisdiction and dismiss the case. The Court requests that the real party in interest, Jocelyn Kie, or any others whose interest would be directly affected by the relief sought, file a response

to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
13th day of September, 2016.